IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNISTRIP TECHNOLOGIES, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LIFESCAN, INC and LIFESCAN SCOTLAND, LTD.,<br><br>　　　　　　　Defendants. | CIVIL ACTION<br>NO. 14-4518 |

## ORDER

**AND NOW**, this 28th day of December, 2015, upon consideration of Plaintiff's Second Amended Complaint (Doc. No. 47), Defendants' Motion to Dismiss (Doc. No. 54), Plaintiff's Response in Opposition to Defendant's Motion to Dismiss (Doc. No. 56), Defendants' Reply to Plaintiff's Response (Doc. No. 58), and Plaintiff's Notice of Supplemental Authority in Opposition to Defendants' Motion to Dismiss (Doc. No. 59), it is **ORDERED** in accordance with the Opinion issued by the Court on this day that Defendants' Motion to Dismiss is **GRANTED IN PART** and **DENIED IN PART**:

1. Count V of Plaintiff's Second Amended Complaint (Doc. No. 47) is **DISMISSED**.

2. Counts I, II, III, IV, and VI of Plaintiff's Second Amended Complaint (Doc. No. 47) will not be dismissed.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.