IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNISTRIP TECHNOLOGIES, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LIFESCAN, INC., et al | : | NO. 14-4518 |

### O R D E R

AND NOW, this 14th day of February, 2017, upon notification by counsel that the above-captioned matter has been settled, it is hereby **ORDERED** that the matter is marked **SETTLED** and **CLOSED** for statistical purposes.

The court specifically retains jurisdiction to enforce the terms of the Settlement Agreement.

BY THE COURT:

 */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE